UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO CORTEZ MORALES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SERGIO ALBARRAN, et al.,<br><br>　　　　Respondents. | Case No.  25-cv-09241-HSG<br><br>**ORDER DIRECTING RESPONDENTS TO RESPOND TO PETITIONER'S EX PARTE MOTION**<br><br>Re: Dkt. No. 3 |

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING the Respondents to respond to Dkt. No. 3, Petitioner's motion for temporary restraining order, by 11:15 a.m. today, on Tuesday, October 28, 2025.  The motion represents that Petitioner's counsel and the Chief of the Civil Division of the United States Attorney's Office corresponded on October 27 regarding whether ICE intends to detain Petitioner at today's 3:00 p.m. hearing, so the response should address that point in particular.  Unless otherwise ordered, the motion will be deemed submitted without a hearing once the response is filed.

　　　The Clerk is directed to serve the motion and this Order via email on Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov.

　　　**IT IS SO ORDERED.**

Dated:  10/28/2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge