1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-7200
      Fax: (415) 436-6748
6     pamela.johann@usdoj.gov

7  Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELADIO CORTEZ MORALES,<br><br>Petitioner<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents | No. 25-cv-09241-HSG<br><br>**STIPULATED REQUEST TO EXTEND BRIEFING AND HEARING SCHEDULE ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION; ORDER** |

Pursuant to Local Rule 7-12, Petitioner Eladio Cortez Morales ("Petitioner") and Respondents Sergio Albarran, et al. ("Respondents") respectfully request that the Court extend the deadlines for their response and reply briefs as set forth below, and reschedule the hearing on Petitioner's motion to January 8, 2026.

1.   Pursuant to the Court's Order Granting Motion for Temporary Restraining Order, Dkt. No. 9, Respondents' response to Petitioner's Motion is due November 5, 2025, at 5:00 p.m., and Petitioner's reply is November 7, 2025, at 5:00 p.m. A hearing is schedule for November 13, 2025, at 1:00 p.m.

2.   The parties have met and conferred, and have agreed, subject to the Court's approval, that Respondents may have until December 4, 2025, to file their response, and Petitioner may have until

1  December 18, 2025, to file his reply.

2      3.    The parties stipulate, subject to the Court's approval, that the hearing may be rescheduled
3  to January 8, 2026, at 2:00 p.m.  The parties further stipulate that good cause exists under Federal Rule
4  of Civil Procedure 65(b)(2) to extend the temporary restraining order until January 8, 2026, at 5:00 p.m.

5      4.    The parties respectfully request that the Court modify the briefing and hearing schedule
6  accordingly.

7  DATED: November 5, 2025                    Respectfully submitted,

8                                                CRAIG H. MISSAKIAN
                                              United States Attorney

9

10                                                */s/ Pamela T. Johann*
                                              PAMELA T. JOHANN
                                              Assistant United States Attorney

11

12                                                Attorneys for Respondents

13  DATED: November 5, 2025                    PANGEA LEGAL SERVICES

14                                                */s/ Peter Weiss*
                                              PETER WEISS, ESQ.

15                                                Attorneys for Petitioner

16

17  **ECF ATTESTATION**

18  In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained
19  concurrence in the filing of this document from the other signatory listed here.

20                                                */s/ Pamela T. Johann*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Respondents' Response to Petititioner's Motion shall be filed by December 4, 2025. Petitioner may file a reply by December 18, 2025. The hearing shall be rescheduled to January 8, 2026, at 2:00 p.m. The temporary restraining order entered on October 29, 2025, Dkt. 9, shall be extended to 5 p.m. on January 8, 2026.

DATED:  11/5/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge