1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-7200
      Fax: (415) 436-6748
6     pamela.johann@usdoj.gov

7  Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELADIO CORTEZ MORALES, | ) No. 25-cv-09241-HSG |
| Petitioner | ) **STIPULATED REQUEST TO MODIFY** |
| v. | ) **BRIEFING SCHEDULE; ORDER** |
| SERGIO ALBARRAN, et al., | ) |
| Respondents | ) |

Pursuant to Local Rule 7-12, Petitioner Eladio Cortez Morales ("Petitioner") and Respondents Sergio Albarran, et al. ("Respondents") respectfully request that the Court extend the deadlines for their response and reply briefs as set forth below.

1.  Pursuant to the Court's Order granting the parties' previous stipulation, Respondents' response to Petitioner's Motion is due December 4, 2025, and Petitioner's reply is due December 18, 2025. A hearing is scheduled for January 8, 2026, at 2:00 p.m.

2.  Due to the press of business, counsel for Respondents has requested, and counsel for Petitioner has agreed, that each party may have five additional days to prepare their briefs, subject to the Court's approval.

3.  The parties therefore stipulate, subject to the Court's approval, that Respondents'

1  deadline for filing their opposition brief shall be extended to December 9, 2025, and Petitioner's
2  deadline for filing his reply shall be extended to December 23, 2025.  The parties respectfully request
3  that the Court modify the briefing schedule accordingly.
4       IT IS SO STIPULATED.

| | |
|---|---|
| DATED: December 3, 2025 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| | Attorneys for Respondents |
| DATED: December 3, 2025 | PANGEA LEGAL SERVICES |
| | */s/ Peter Weiss*<br>PETER WEISS, ESQ. |
| | Attorneys for Petitioner |

### ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

          */s/ Pamela T. Johann*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Respondents' Response to Petitioner's Motion shall be filed by December 9, 2025. Petitioner may file a reply by December 23, 2025.

DATED: 12/4/2025

/s/ Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge