CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ELADIO CORTEZ MORALES, | ) | No. 25-cv-09241-HSG |
| Petitioner | ) ) ) | **STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE; ORDER** |
| v. | ) ) | |
| SERGIO ALBARRAN, et al., | ) ) | |
| Respondents | ) ) | |

Pursuant to Local Rule 7-12, Petitioner Eladio Cortez Morales ("Petitioner") and Respondents Sergio Albarran, et al. ("Respondents") respectfully request that the Court extend the deadlines for their response and reply briefs as set forth below.

1. Pursuant to the Court's Order granting the parties' previous stipulation, Respondents' response to Petitioner's Motion is due December 9, 2025, and Petitioner's reply is due December 23, 2025. A hearing is scheduled for January 8, 2026, at 2:00 p.m.

2. The parties have been engaging in discussions about whether this petition may be resolved without further action of the Court. To allow the parties to complete this process, the parties have agreed to extend the briefing schedule, subject to the Court's approval.

3. The parties therefore stipulate, subject to the Court's approval, that Respondents'

deadline for filing their opposition brief shall be extended to December 12, 2025, and Petitioner's deadline for filing his reply shall be extended to December 26, 2025. The parties respectfully request that the Court modify the briefing schedule accordingly.

IT IS SO STIPULATED.

DATED: December 9, 2025                    Respectfully submitted,

                                           CRAIG H. MISSAKIAN
                                           United States Attorney

                                           */s/ Pamela T. Johann*
                                           PAMELA T. JOHANN
                                           Assistant United States Attorney

                                           Attorneys for Respondents

DATED: December 9, 2025                    PANGEA LEGAL SERVICES

                                           */s/ Peter Weiss*
                                           PETER WEISS, ESQ.

                                           Attorneys for Petitioner

### ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

                                           */s/ Pamela T. Johann*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Respondents' Response to Petitioner's Motion shall be filed by December 12, 2025.  Petitioner may file a reply by December 26, 2025.

DATED:   12/10/2025

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge