PETER OKIE WEISS, ESQ. (CA SBN 324117)
PANGEA LEGAL SERVICES
391 SUTTER ST., SUITE 500
SAN FRANCISCO, CA 94108
TEL.  (415) 547-9382
FAX. (415) 593-5335
pete@pangealegal.org

*Pro Bono Attorney for Petitioner*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Eladio CORTEZ MORALES, | Case No. 4:25-cv-09241-HSG |
| *Petitioner*, | IMMIGRATION HABEAS CASE |
| v. | |
| SERGIO ALBARRAN, Field Office Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, | STIPULATION RE: EXTENSION OF DEADLINE FOR PETITIONER'S REPLY; ORDER |
| *Respondents*. | |

STIPULATION RE: EXTENSION OF DEADLINE FOR PETITIONER'S REPLY
Case No. 4:25-cv-09241-HSG

Pursuant to Local Rule 7-12, Petitioner Eladio Cortez Morales ("Petitioner") and Respondents Sergio Albarran, et al. ("Respondents") respectfully request that the Court extend the deadline for Petitioner to reply to Respondents' response to Petitioner's petition for a writ of habeas corpus to December 29, 2025.

1. Pursuant to the Court's Order, Petitioner's deadline to file a reply to Respondent's response to Petitioner's petition is December 26, 2025.

2. Due to family obligations during Christmas week, Petitioner has been unable to make a reply by December 26, 2025. The parties have therefore agreed to extend Petitioner's deadline, with the Court's approval.

3. The parties stipulate, subject to the Court's approval, that Petitioner's deadline to reply to Respondents' response to Petitioner's petition be extended to Monday, December 29, 2025.

Respectfully submitted,

Dated: December 26, 2025     */s/ Peter Weiss*
PETER WEISS, ESQ.
*Pro Bono* Attorney for Petitioner

Dated: December 26, 2025     CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

### *Attestation Pursuant to Civil L.R. 5-1(h)(3)

As the filer of this document, I, Peter Weiss, attest that I obtained concurrence from Pamela T. Johann in the filing of this document.

Dated: December 26, 2025     */s/ Peter Weiss*
PETER WEISS
*Pro Bono* Attorney for Petitioner

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Petitioner may file a Reply to Respondents' response to Petitioner's petition for a writ of habeas corpus by December 29, 2025.

DATED:  12/29/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge