CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    pamela.johann@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELADIO CORTEZ MORALES,<br><br>    Petitioner<br><br>  v.<br><br>SERGIO ALBARRAN, et al.,<br><br>    Respondents | No. 25-cv-09241-HSG<br><br>**JOINT PROPOSED BRIEFING SCHEDULE; ORDER** |

    Pursuant to the Court's Order dated January 13, 2026, Dkt. No. 23, the parties submit the following joint proposed briefing schedule for resolution of the habeas petition.

    1.    Respondents shall file their Return by March 27, 2026;

    2.    Petitioner shall file his Traverse by April 17, 2026;

    3.    The parties agree that the petition may be decided on the papers.

DATED: February 27, 2026        Respectfully submitted,

                                  CRAIG H. MISSAKIAN
                                  United States Attorney

                                  */s/ Pamela T. Johann*
                                  PAMELA T. JOHANN
                                  Assistant United States Attorney

                                  Attorneys for Respondents

| | | |
|---|---|---|
| 1 | DATED: February 27, 2026 | PANGEA LEGAL SERVICES |
| 2 | | */s/ Peter Weiss* |
| | | PETER WEISS, ESQ. |
| 3 | | |
| 4 | | Attorneys for Petitioner |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela T. Johann*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Respondents' Return shall be filed by March 27, 2026. Petitioner's Traverse shall be filed by April 17, 2026.

DATED: February 27, 2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge